B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–39593**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Pamela Judith Banno
　1412 Howland Drive
　Joliet, IL 60431

Social Security / Individual Taxpayer ID No.:
　xxx–xx–0159

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

　　If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT


Dated: May 15, 2014　　　　　　　　　　　　　　Jeffrey P. Allsteadt, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-39593-BWB
Pamela Judith Banno                                                     Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: kseldon              Page 1 of 2                  Date Rcvd: May 15, 2014
                               Form ID: b18w              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
db           +Pamela Judith Banno,    1412 Howland Drive,    Joliet, IL 60431-6050
21083817     +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
21083822      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21083823     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21083824     +GE Capital,    3 Capital Drive,    Eden Prairie, MN 55344-3890
21083830     +Ocwen Loan,    1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
21083831     +Ocwen Loan Servicing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
21083832     +Ocwen Loan Servicing,    P.O. Box 6440,    Carol Stream, IL 60197-6440
21121978     +Ocwen Loan Servicing, LLC,    c/o Codilis & Associates, P.C.,
               15W030 North Frontage Rd, Suite 100,    Burr Ridge, IL 60527-6921
21083833     +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
21083834     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21083835     +Will County Treasurer,    Will County Office Building,    302 N. Chicago Street,
               Joliet, IL 60432-4078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21103371      EDI: AIS.COM May 16 2014 00:33:00      American InfoSource LP as agent for,    Presence Health,
               PO Box 248838,    Oklahoma City, OK   73124-8838
21198802      EDI: BL-BECKET.COM May 16 2014 00:23:00      Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
21083818     +EDI: AIS.COM May 16 2014 00:33:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21083819     +EDI: CAPITALONE.COM May 16 2014 00:23:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21083821      EDI: DISCOVER.COM May 16 2014 00:23:00      Discover Financial Services LLC,    Po Box 15316,
               Wilmington, DE 19850
21083820      EDI: DISCOVER.COM May 16 2014 00:23:00      Discover Financial Services,    2500 Lake Cook Rd.,
               Deerfield, IL 60015
21120707     +EDI: TSYS2.COM May 16 2014 00:23:00      Department Stores National Bank/Macy's,
               Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
21098840      EDI: DISCOVER.COM May 16 2014 00:23:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH   43054-3025
21083825     +EDI: RMSC.COM May 16 2014 00:23:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
               Fifth Floor,    Stamford, CT 06905-5125
21083826     +EDI: RMSC.COM May 16 2014 00:23:00      GE Money Bank Care Card,    Po Box 960061,
               Orlando, FL 32896-0061
21083827     +EDI: CBSKOHLS.COM May 16 2014 00:23:00      Kohl's Credit *,    N56 W17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
21083828     +EDI: TSYS2.COM May 16 2014 00:23:00      Macy's,    Po Box 183083,    Columbus, OH 43218-3083
21083829     +EDI: TSYS2.COM May 16 2014 00:23:00      Macy's Inc.,    9111 Duke Boulevard,
               Mason, OH 45040-8999
21400078      EDI: PRA.COM May 16 2014 00:23:00      Portfolio Recovery Associates, LLC,
               successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2014 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              Maria   Georgopoulos   on behalf of Creditor    Ocwen Loan Servicing, LLC nd-three@il.cslegal.com
```

```
District/off: 0752-1          User: kseldon              Page 2 of 2              Date Rcvd: May 15, 2014
                              Form ID: b18w              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mohammed O Badwan   on behalf of Debtor Pamela Judith Banno mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com

        Nathan C Volheim   on behalf of Debtor Pamela Judith Banno courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5